**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Madeline Dittmar, ) | No. CV 06-1980-PHX-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Thunderbird Collection Specialists, Inc., ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Plaintiff's Motion for Judgment Upon Default (Doc. #11). Plaintiff filed this case on August 15, 2006. The Docket Sheet indicates that summons issued on August 16, 2006, and reissued on August 22, 2006 to correct the case number. The Clerk of the Court entered default pursuant to Rule of Civil Procedure 55(a) on October 19, 2006. After reviewing the docket, the Court noticed that the docket does not contain proof of service of process of the Complaint on Defendant.[1] Because the docket does not contain an executed return of summons, the Clerk of Court erred in granting the Entry of Default. The Court finds that the Clerk of the Court shall vacate the Entry of Default. That finding makes the pending Motion for Default Judgment moot.

Accordingly,

---

[1] The Affidavit attached to Plaintiff's Application for Entry of Default (Doc. #7 Attachment #1) states that Plaintiff served the Complaint, but Plaintiff has not filed an executed return of summons.

1    IT IS ORDERED that the Clerk of the Court shall vacate its October 19, 2006 Entry
2 of Default (Doc. #8).
3    IT IS FURTHER ORDERED DENYING Plaintiff's Motion for Judgment Upon
4 Default (Doc. #11) as moot.
5    DATED this 10th day of September, 2007.

James A. Teilborg
United States District Judge