**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Madeline Dittmar,  )  | No. CV 06-1980-PHX-JAT |
| Plaintiff,  ) | **ORDER** |
| vs.  ) | |
| Thunderbird Collection Specialists, Inc.,  ) | |
| Defendant.  ) | |

Plaintiff filed this action on August 15, 2006. Defendant Thunderbird Collection Specialists, Inc. was served on September 5, 2006, but failed to appear in the case. The Clerk of the Court entered default against Defendant on September 25, 2007. Plaintiff then filed a Second Motion for Judgment Upon Default (Doc. #19). Based on Defendant's failure to appear or otherwise defend and good cause shown in Plaintiff's Motion, the Court will grant the Motion.

Accordingly,

IT IS HEREBY ORDERED GRANTING Plaintiff's Second Motion for Judgment Upon Default (Doc. #19).

IT IS FURTHER ORDERED that Plaintiff Madeline Dittmar be awarded Judgment against Defendant Thunderbird for the sum of $6,000 in actual and statutory damages, $5,000 in punitive damages, and $3,000 in attorneys fees pursuant to the FDCPA and the FCRA.

1    IT IS FURTHER ORDERED DENYING WITHOUT PREJUDICE the portion of the
2 Motion requesting taxable costs. The Plaintiff may file a Bill of Costs with the Clerk of the
3 Court pursuant to Local Rule of Civil Procedure 54.1 to recover taxable costs.
4    DATED this 11th day of April, 2008.

_____
James A. Teilborg
United States District Judge